The order below is hereby signed.

Signed: October 4 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 20-00399 |
| JOHN A.C. CARTNER, | ) (Chapter 7) |
| | ) |
| Debtor. | ) |
| | ) |

### ORDER SUSTAINING THE TRUSTEE'S OBJECTION TO
### CLAIM NO. 5 FILED BY NANCY BRAND
### (Claim No. 5)

This matter came before the Court on the Trustee's Objection to Claim No. 5 filed by Nancy Brand ("Objection"). Upon consideration of the Objection, and the opposition thereto, if any, it is hereby:

**ORDERED**, that the Trustee's Objection to Claim No. 5 is hereby **SUSTAINED** in its entirety; and it is

**FURTHER ORDERED** that the secured status of Claim No. 5, filed by Nancy Brand, shall be disallowed and Claim No. 5 shall be allowed as a general unsecured claim.

CORE/3516991.0005/171298108.1

**WE ASK FOR THIS:**

/s/Joshua W. Cox
Joshua W. Cox, No. 1033283
Stinson LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Tel: (202) 728-3023
Fax: (202) 572-9943
joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Trustee*

Copies to:

ECF Recipients

John A C Cartner
1629 K. Street, NW
Suite 300
Washington, DC 20006

Nancy Brand
20222 Middletown Rd
Cornelius, NC 28031