# EXHIBIT A

CORE/0773380.0242/183969695.1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re: )
)
) Case No. 20-00399
JOHN A.C. CARTNER, ) (Chapter 7)
)
Debtor. )
)

**SUMMARY SHEET REGARDING ITEMIZATION OF SERVICES RENDERED BY STINSON LLP FOR THIRD AND FINAL APPLICATION FOR APPROVAL OF <u>COMPENSATION FOR TRUSTEE'S COUNSEL</u>**

    Stinson LLP provides the following Summary Sheet in support of its third interim application for allowance and payment of its fees and expenses as counsel for Marc E. Albert, Chapter 7 trustee of the bankruptcy estate of John A.C. Cartner:

| | |
|---|---|
| **NAME OF APPLICANT:** | Stinson LLP |
| **ROLE IN CASE:** | Counsel to Chapter 7 Trustee |
| **FEES PREVIOUSLY REQUESTED:** | $26,181.00 |
| **FEES PREVIOUSLY AWARDED:** | $20,722.50 |
| **EXPENSES PREVIOUSLY REQUESTED:** | $218.51 |
| **EXPENSES PREVIOUSLY AWARDED:** | $218.51 |
| **RETAINER(S) PAID:** | $0.00 |
| **FEES REQUESTED HEREIN:** | $10,000.00 (voluntarily reduced from $12,039.00) |
| **EXPENSES REQUESTED HEREIN:** | $14.31 |

1

**FEE APPLICATION – SUMMARY OF TIME SPENT**

| TITLE | NAMES OF PROFESSIONALS | HOURS BILLED | RATE | TOTAL FEES |
|---|---|---|---|---|
| Of Counsel | Joshua Cox | 5.1 | $450.00 | $2,295.00 |
| Associate | Joshua Cox<br><br>Year of First Bar Admission: 2014 | 7.1 | $390.00 | $2,769.00 |
| Associate | Ruiqiao Wen<br><br>Year of First Bar Admission: 2021 | 18.6 | $375.00 | $6,975.00 |
| **Total** | | 30.80 | | $12,039.00<br>(voluntarily reduced to $10,000.00) |
| **Average Hourly Rate** | | | | $390.87<br>$324.68 (with reduction) |

Dated: October 18, 2023

Respectfully submitted,

/s/ Joshua W. Cox
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
E-Mail: joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Chapter 7 Trustee*

2