# EXHIBIT B

**Stinson LLP**                                                                                     **Invoice Detail**

File No. 0773380.0242                                                                                     Page 1
Invoice No: 43506754

## Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Marc Albert – (T) | Partner | 840.00 | 1.80 | 1,512.00 (T) |
| Marc Albert – (T) | Partner | 795.00 | 1.80 | 1,431.00 (T) |
| Joshua Cox | Of Counsel | 450.00 | 4.10 | 1,845.00 |
| Joshua Cox | Associate | 390.00 | 7.10 | 2,769.00 |
| Ruiqiao Wen | Associate | 375.00 | 8.50 | 3,187.50 |
| **Current Professional Services** | | | **19.70** | **$7,801.50** |

## Professional Services

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/06/22 | Joshua Cox | Review and work to revise fee application and add additional July and August time. | 1.30 | 507.00 |
| 09/06/22 | Joshua Cox | Continue reviewing additional time for inclusion in fee application and work to revise the same. | 1.20 | 468.00 |
| 09/07/22 | Joshua Cox | Work to revise fee application to add additional time and make corresponding revisions to application and finalize first draft of materials and provide to Mr. Albert for review. | 2.30 | 897.00 |
| 09/08/22 | Marc Albert T | Review Stinson fee application. | 0.50 | 397.50 |
| 09/08/22 | Joshua Cox | Speak with Mr. Albert regarding questions and revisions to Stinson fee application; work to revise Stinson fee application. | 0.90 | 351.00 |
| 09/15/22 | Marc Albert T | Review fee application. | 0.30 | 238.50 |
| 09/15/22 | Joshua Cox | Make minor revisions to various fee application filing documents and provide to Mr. Albert for final filing review and authorization. | 0.60 | 234.00 |
| 09/19/22 | Marc Albert T | Review tax returns. | 0.40 | 318.00 |

CORE/0773380.0242/183820695.1

**Stinson LLP** **Invoice Detail**

File No. 0773380.0242                                                                                       Page 2
Invoice No: 43506754

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/20/22 | Joshua Cox | Review application for compensation for Mr. Lander and draft and send email on needed revision. | 0.30 | 117.00 |
| 10/09/22 | Marc Albert T | Review motion to dismiss filed by debtor to dischargeability complaint. | 0.40 | 318.00 |
| 10/11/22 | Marc Albert T | Review email from US Trustee; conference with Mr. Cox regarding same. | 0.20 | 159.00 |
| 10/11/22 | Joshua Cox | Send email to Mr. Albert concerning UST requests for reductions to fee application; review application and place call to Ms. Eustace concerning the same; revise proposed order to account for requested UST reductions and send to Ms. Eustace. | 0.50 | 195.00 |
| 12/20/22 | Marc Albert T | Attend hearing on court ruling. | 0.50 | 420.00 |
| 12/28/22 | Marc Albert T | Telephone conference with Mr. Cartner regarding check. | 0.10 | 84.00 |
| 01/09/23 | Joshua Cox | Respond with email concerning status of case to Mr. McCoy. | 0.20 | 90.00 |
| 03/07/23 | Marc Albert T | Review notice regarding IRS claim and discuss with Mr. Lander, and review file regarding reality IRS made an error. | 0.80 | 672.00 |
| 03/27/23 | Joshua Cox | Review voicemail from Mr. Cartner concerning delivered check; review files and send information to Mr. Albert and Ms. Barnes. | 0.40 | 180.00 |
| 05/09/23 | Joshua Cox | Review settlement payment status and report the same to Mr. Albert. | 0.20 | 90.00 |
| 06/12/23 | Marc Albert T | Review email regarding status. | 0.10 | 84.00 |
| 06/13/23 | Marc Albert T | Review email from creditor and forward comment to Mr. Cox to respond. | 0.20 | 168.00 |
| 06/13/23 | Joshua Cox | Review and respond to emailed status update request from Mr. McCoy. | 0.20 | 90.00 |
| 06/14/23 | Marc Albert T | Review response by Mr. Cox. | 0.10 | 84.00 |

CORE/0773380.0242/183820695.1

**Stinson LLP** **Invoice Detail**

File No. 0773380.0242 Page 3
Invoice No: 43506754

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 06/14/23 | Joshua Cox | Send clarification email to Mr. McCoy. | 0.20 | 90.00 |
| 07/14/23 | Joshua Cox | Review claims and work to prepare spreadsheet to estimate likely disbursals (1.9); draft response to emailed questions from Mr. Oliver concerning case status and send to Mr. Albert for review (.6). | 2.50 | 1,125.00 |
| 07/17/23 | Marc Albert T | Review response regarding inquiry from creditor. | 0.10 | 84.00 |
| 07/17/23 | Joshua Cox | Review and send emailed response to Ms. Williams. | 0.10 | 45.00 |
| 07/21/23 | Marc Albert T | Review analysis regarding claims | 1.20 | 1,008.00 |
| 07/24/23 | Marc Albert T | Meeting with Trustee group regarding report and claims and possible objections research regarding same | 1.30 | 1,092.00 |
| 07/24/23 | Joshua Cox | Participate in Zoom meeting to discuss the status of finalizing and closing case with Ms. Pierce, Ms. Barnes and Mr. Albert. | 0.30 | 135.00 |
| 08/14/23 | Ruiqiao Wen | Review Claim No. 5 and draft objection to this claim. | 2.80 | 1,050.00 |
| 08/15/23 | Ruiqiao Wen | Finalize the draft objection to Claim No. 5 and send same to Mr. Cox and Mr. Albert. | 0.20 | 75.00 |
| 08/15/23 | Ruiqiao Wen | Work on Stinson's third interim fee application. | 2.50 | 937.50 |
| 08/15/23 | Ruiqiao Wen | Review invoices and prepare Exhibit B - Time Entries in support of Stinson's third interim fee application. | 0.60 | 225.00 |
| 08/18/23 | Marc Albert T | Review objection to claim of Nancy Brand. | 0.30 | 252.00 |
| 08/21/23 | Ruiqiao Wen | Revise and finalize the objection to Claim No. 5 to include Mr. Albert's comments. | 0.50 | 187.50 |
| 08/21/23 | Ruiqiao Wen | Continued work on Stinson's third interim fee application. | 0.80 | 300.00 |
| 08/22/23 | Ruiqiao Wen | Draft notice of Stinson's third interim fee application and proposed order granting Stinson's third interim fee application. | 0.20 | 75.00 |

CORE/0773380.0242/183820695.1

**Stinson LLP**                                                   **Invoice Detail**

File No. 0773380.0242                     Page 4
Invoice No: 43506754

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/22/23 | Ruiqiao Wen | Draft Exhibit A Summary Sheet in support of Stinson's third interim fee application and certificate of mailing. | 0.40 | 150.00 |
| 08/25/23 | Ruiqiao Wen | Finalize the Trustee's Claim Objection to Claim No. 5 to incorporate Mr. Cox's edits (0.2); prepare proposed order granting Trustee's claim objection (0.3). | 0.50 | 187.50 |
| **Current Professional Services** | | | **19.70** | **$7,801.00** |

## Disbursements

| Date | Description | Amount |
|---|---|---|
| | Pacer | 0.00 |

**Total Disbursements**                                                                             **$0.00**

CORE/0773380.0242/183820695.1

# STINSON

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

October 13, 2023

Marc Albert
Stinson LLP
1775 Pennsylvania Ave, NW, Ste 800
Washington, DC 20006

Invoice No: 43523993
Marc Albert

Re:     Cartner, John A. C.

       File No:  0773380.0242

## Invoice Summary

Professional services and disbursements rendered through September 30, 2023

| | |
|---|---|
| Current Professional Services | ~~$4,489.50~~ 4,237.50 |
| Current Disbursements | $14.31 |
| **Total Current Invoice** | ~~$4,503.81~~ $4,251.81 |

---

Payment Terms: Net 30

Tax ID #44-0643135

**Stinson LLP**  **Invoice Detail**

File No. 0773380.0242  Page 2
Invoice No: 43523993

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Marc Albert | Partner | 840.00 | 0.30 | 252.00 (T) |
| Joshua Cox | Of Counsel | 450.00 | 1.00 | 450.00 |
| Ruiqiao Wen | Associate | 375.00 | 10.10 | 3,787.50 |
| **Current Professional Services** | | | ~~11.40~~ 11.10 | ~~$4,489.50~~ $4,237.50 |

### Professional Services

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/14/23 | Ruiqiao Wen | Review Claim No. 5 and draft objection to this claim. | 2.80 | 1,050.00 |
| 08/15/23 | Ruiqiao Wen | Finalize the draft objection to Claim No. 5 and send same to Mr. Cox and Mr. Albert. | 0.20 | 75.00 |
| 08/15/23 | Ruiqiao Wen | Work on Stinson's third interim fee application. | 2.50 | 937.50 |
| 08/15/23 | Ruiqiao Wen | Review invoices and prepare Exhibit B - Time Entries in support of Stinson's third interim fee application. | 0.60 | 225.00 |
| 08/18/23 | Marc Albert | Review objection to claim of Brandt. | 0.30 | 252.00  T |
| 08/21/23 | Ruiqiao Wen | Revise and finalize the objection to Claim No. 5 to include Mr. Albert's comments. | 0.50 | 187.50 |
| 08/21/23 | Ruiqiao Wen | Continued work on Stinson's third interim fee application. | 0.80 | 300.00 |
| 08/22/23 | Ruiqiao Wen | Draft notice of Stinson's third interim fee application and proposed order granting Stinson's third interim fee application. | 0.20 | 75.00 |
| 08/22/23 | Ruiqiao Wen | Draft Exhibit A Summary Sheet in support Stinson's third interim fee application and certificate of mailing. | 0.40 | 150.00 |
| 08/25/23 | Joshua Cox | Review and revise Claim Objection. | 0.50 | 225.00 |
| 08/25/23 | Ruiqiao Wen | Finalize the Trustee's Claim Objection to Claim No. 5 to incorporate Mr. Cox's edits (.2); prepare proposed order substantiating Trustee's claim objection (.3). | 0.50 | 187.50 |

**Stinson LLP**  **Invoice Detail**

File No. 0773380.0242  Page 3
Invoice No: 43523993

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 08/28/23 | Ruiqiao Wen | Add additional time from invoices into Exhibit A and Exhibit B in support of Stinson's third interim fee application. | 0.60 | 225.00 |
| 08/28/23 | Ruiqiao Wen | Finalize all documents regarding Stinson's third interim fee application; send same to Mr. Cox for review. | 1.00 | 375.00 |
| 09/11/23 | Joshua Cox | Speak with Mr. Gaffey concerning Brand objection. | 0.10 | 45.00 |
| 09/28/23 | Joshua Cox | Review fee application. | 0.40 | 180.00 |
| **Current Professional Services** | | | ~~11.40~~ 11.10 | ~~$4,489.50~~ $4,237.50 |

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| | Postage | 14.31 |

**Total Disbursements**  $14.31