Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 785-9163
E-Mail: joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>JOHN A.C. CARTNER,<br><br>        Debtor. | Case No. 20-00399<br>(Chapter 7) |

**NOTICE OF OPPORTUNITY TO OBJECT TO THIRD AND FINAL APPLICATION FOR APPROVAL OF COMPENSATION FOR TRUSTEE'S COUNSEL FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2023**

**PLEASE TAKE NOTICE** that the Chapter 7 Trustee's counsel, Stinson LLP ("Attorneys"), has filed an Application for Compensation. The Application seeks fees for the Attorneys of **$10,000.00 (voluntarily reduced from $12,039.00)** and expenses of **$14.31**. This is the third and final application for compensation of the Attorneys as counsel for the Chapter 7 Trustee and covers the period from September 1, 2022 through September 30, 2023.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to approve the fees sought by Attorneys in the Application, or if you want the Court to consider your views on the matter, then on or before **November 8, 2023**, you or your attorney must:

File with the Court a written objection or other response to the Motion stating with particularity the grounds with which you base your objection or otherwise explaining you position, at:

> Clerk, U.S. Bankruptcy Court
> E. Barrett Prettyman U.S. Courthouse
> 333 Constitution Avenue, N.W.
> Washington, D.C. 20001.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

      You must also mail a copy of your objection to:
          Joshua W. Cox
          Stinson LLP
          1775 Pennsylvania Ave, NW, Suite 800
          Washington, D.C. 20006

If you or your attorney do not take these steps, the court may decide that you do not oppose the approval of the fees sought in the Application by Attorneys and may enter an order approving the fees and expenses sought therein to be paid by the bankruptcy estate.

Parties in interest with questions may contact the undersigned.

Dated: October 18, 2023                      Respectfully submitted,

                                                    /s/ Joshua W. Cox
                                                    Joshua W. Cox, No. 1033283
                                                    STINSON LLP
                                                    1775 Pennsylvania Ave., NW, Suite 800
                                                    Washington, DC 20006
                                                    Tel. (202) 785-9100
                                                    Fax (202) 785-9163
                                                    E-Mail: joshua.cox@stinson.com
                                                    *Attorneys for Marc E. Albert, Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by first class mail, postage prepaid, upon all parties in interest entitled to notice under applicable Federal Rules of Bankruptcy Procedure.

Dated:  October 18, 2023                    /s/ Joshua W. Cox
                                                    Joshua W. Cox

CORE/0773380.0242/183969397.1