Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
E-Mail: joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 20-00399 |
| JOHN A.C. CARTNER, | ) (Chapter 7) |
| | ) |
| Debtor. | ) |
| | ) |

**CERTIFICATE OF MAILING**

I hereby certify that a copy of the Notice of Opportunity to Object to Third and Final Application for Approval of Compensation for Trustee's Counsel from September 1, 2022 through September 30, 2023 was mailed by first class mail, postage prepaid, on October 18, 2023, upon all parties appearing on the mailing matrix maintained by the Court as it appeared on this same date, and upon the following:

Michael T. Freeman, Esq.
Kristen Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

John A C Cartner
1629 K. Street, NW
Suite 300
Washington, DC 20006

Nancy Brand
20222 Middletown Rd
Cornelius, NC 28031

Jae Won Ha
Whiteford Taylor & Preston
3190 Fairview Park Drive. Suite 800
Falls Church, VA 22042

Gary L. Cargile
Cape Fear Land Company
5228 Leisure Circle
Wilmington, NC 28409

Dylan G. Trache
Nelson Mullins Riley & Scarborough LLP
101 Constitution Avenue, N.W.
Suite 900
Washington, DC 20001

CORE/0773380.0242/183970521.1

Ciara L. Rogers
The Law Offices of Oliver & Cheek, PLLC
405 Middle Street
New Bern, NC 28563

Arthur P. Lander
300 N. Washington St. #104
Alexandria, VA 22314

Mike Gurkins
Country Boys Auction & Realty, Inc.
1211 W. Fifth Street
Washington, DC 27889

Dated: October 18, 2023

Respectfully submitted,

/s/ Joshua W. Cox
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
E-Mail: joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Chapter 7 Trustee*

CORE/0773380.0242/183970521.1