The order below is hereby signed.

Signed: November 15 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-00399 |
| JOHN A.C. CARTNER, | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING THIRD AND FINAL APPLICATION FOR APPROVAL OF COMPENSATION FOR TRUSTEE'S COUNSEL FROM SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2023

This case came before the Court on the final application ("Application") for approval of compensation of Stinson LLP ("Attorneys"). Attorneys serve as counsel to Marc E. Albert ("Trustee"), Chapter 7 trustee for the bankruptcy estate of John A.C. Cartner. The Application seeks compensation for the period from September 1, 2022 through September 30, 2023. This is the third and final application by Attorneys. In the Application, compensation sought for fees totaled $10,000.00 (voluntarily reduced from $12,039.00) and compensation for expenses totaled $14.31. Following the filing of the application, and discussions with the Office of the United States Trustee, Attorneys have agreed to further reduce their fees to $6,500.00.

CORE/0773380.0242/185558556.1

Upon consideration of the Application and any opposition filed thereto, if any, it is hereby:

**ORDERED, ADJUDGED AND DECREED**, that the Application be, and the same hereby is, **GRANTED IN ITS ENTIRETY;** and it is

**FURTHER ORDERED,** that the compensation of Stinson LLP is hereby approved in the following amounts: **Fees – $6,500.00**, and **Expenses - $14.31**; and it is

**FURTHER ORDERED,** that the Trustee is authorized to pay Stinson LLP fees and expenses awarded herein.

**WE ASK FOR THIS:**

/s/ Joshua W. Cox
Joshua W. Cox, No. 1033283
STINSON LLP
1775 Pennsylvania Ave., NW, Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
E-Mail: joshua.cox@stinson.com
*Attorneys for Marc E. Albert, Chapter 7 Trustee*


**SEEN:**

/s/ Kristen Eustis, Esq.
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314
703-557-7227
Email: Kristen.S.Eustis@usdoj.gov
*Counsel for the Office of the United States Trustee*

Copies to:

ECF Recipients

CORE/0773380.0242/185558556.1