**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**
**WASHINGTON DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| John A C Cartner | § | Case No. 20-00399 |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 09/29/2020. The case was converted to one under Chapter 7 on 12/02/2020. The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 427,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 107,302.90 |
| Bank service fees | 6,568.10 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]   $ 313,129.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/28/2021 and the deadline for filing governmental claims was 10/28/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $24,600.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $24,600.00, for a total compensation of $24,600.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/28/2023                By: /s/Marc E. Albert DC Ch 7, Trustee
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 20-00399 | ELG | Judge: | Elizabeth L. Gunn | Trustee Name: | Marc E. Albert DC Ch 7, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | John A C Cartner | | | | Date Filed (f) or Converted (c): | 12/02/2020 (c) |
| | | | | | 341(a) Meeting Date: | 01/07/2021 |
| For Period Ending: | 11/28/2023 | | | | Claims Bar Date: | 10/28/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 42 Bristely Rose Drive Slanesville Wv 25444-0000 Hampshire | 90,000.00 | 0.00 | | 0.00 | FA |
| 2. Household Furniture, Appliances, China, Other Assorted Goods. | 25,000.00 | 20,625.00 | | 12,000.00 | FA |
| 3. Tvs, Computers, Digital Equipment | 10,000.00 | 0.00 | | 0.00 | FA |
| 4. Antiques, Paintings, Prints, Books, And Other Artistic Objects | 25,000.00 | 0.00 | | 0.00 | FA |
| 5. Bicycles, Carpentry Toos, Musical Instruments | 10,000.00 | 0.00 | | 0.00 | FA |
| 6. Shotgun Pistol Pellet Gun | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 8. Heirloom Jewelryand Watches | 5,000.00 | 0.00 | | 0.00 | FA |
| 9. Service Animal | 3,500.00 | 0.00 | | 0.00 | FA |
| 10. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 11. Burke & Herbert Bank 100 S. Fairfax Street Alexandria, Va 22314 | 6,146.96 | 0.00 | | 0.00 | FA |
| 12. 117 Marsh St., Llc, A Nevada Limited Liability Company Members: John A C Cartner And Armstrong Family Trust Working To Put In Good Standing | 175,000.00 | 0.00 | | 0.00 | FA |
| 13. 712 Timber Craven 1, Llc, A Nevada Limited Liability Company Members: John A C Cartner And Armstrong Family Trust | 320,250.00 | 0.00 | | 0.00 | FA |
| 14. 712 Timber, Llc, A Nevada Limited Liability Company John A C Cartner And Armstrong Family Trust | 549,000.00 | 0.00 | | 0.00 | FA |
| 15. 712 Timber Pitt 1, Llc, A Nevada Limited Liability Company John A C Cartner Is Sole Member | 218,700.00 | 0.00 | | 0.00 | FA |
| 16. 712 Timber Pitt 2, Llc, A Nevada Limited Liability Company Members: John A C Cartner And Armstrong Family Trust | 402,600.00 | 0.00 | | 0.00 | FA |
| 17. 712 Timber Pitt 3, Llc, A South Dakota Limited Liability Company John A.C Cartner Is Sole Member | 400,000.00 | 0.00 | | 385,000.00 | FA |
| 18. Cartner & Wolf, Pllc, A District Of Columbia Professional Limited Liability Company Members: John A C Cartner And Peter D. Wolf | 2,500.00 | 0.00 | | 0.00 | FA |
| 19. Cagent Investments, Llc, A Nevada Limited Liability Company John A C Cartner Is The Sole Member | 2,500.00 | 0.00 | | 0.00 | FA |
| 20. Cartner & Fiske (Insert Entity Formation) | Unknown | 0.00 | | 0.00 | FA |
| 21. Mscl, Inc. | 500.00 | 0.00 | | 0.00 | FA |
| 22. Plainview Farm-- Sole Proprietor 1629 K Street, Suite 300 Washington, Dc 20006 | 500.00 | 0.00 | | 0.00 | FA |
| 23. Miscellaneous Office Equipment, Furniture | 10,000.00 | 0.00 | | 0.00 | FA |
| 24. Miscellanous Small Powered Equipment | 7,500.00 | 0.00 | | 0.00 | FA |
| 25. Timber | 573,530.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 20-00399 | ELG | Judge: | Elizabeth L. Gunn | Trustee Name: | Marc E. Albert DC Ch 7, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | John A C Cartner | | | | Date Filed (f) or Converted (c): | 12/02/2020 (c) |
| | | | | | 341(a) Meeting Date: | 01/07/2021 |
| For Period Ending: | 11/28/2023 | | | | Claims Bar Date: | 10/28/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. Claim against Receiver (u) | 0.00 | 30,000.00 | | 30,000.00 | FA |

TOTALS (Excluding Unknown Values)    $2,840,826.96    $50,625.00        $427,000.00

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

11/10/2023 - TFR submitted to UST 10/20/23.

10/18/2023 - Third and Final Application for Compensation for the Period from September 1, 2022 through September 30, 2023 for Stinson LLP, Trustee's Attorney filed; Objections due 11/8/2023.

9/11/2023 - Working on Final Application for Compensation.

8/25/2023 - Objection to Secured Claim 5 by Claimant Nancy Brand filed; Objections due by 9/24/23.

8/7/2023 - Claims being reviewed. Questions regarding IRS, Timber, NC and Brand claims. Need to prepare objections to Brand claim and prepare final fee applications.

7/10/2023 - Ready to close. Check claims and file report.

6/21/2023 - Received Debtor's final settlement payment.

4/5/2023 - Debtors' settlement payments current.

2/10/2023 - Settlement payments are current.

12/13/2022 - Debtor continues to make settlement payments.

10/11/2022 - Trustee settled with the Debtor per order [Dkt. 133] for personal property. Debtor to pay the settlement amount over 12 months (ending June 20, 2023). Adversary proceedings filed against the Debtor objecting to his discharge.

9/2022 - Trustee continues collecting on Debtor obligation per order approving compromise.

8/9/2022 - Order Granting Trustee's 9019 Motion to Approve Settlement with Debtor.

7/1/2022 - Motion to Approve Proposed Settlement with Debtor filed.

6/22/2022 - Property (storage units) inspected by Asset Advisors.

5/10/2022 - Negotiations regarding sale of further property to Mr. Cartner and abandonment of certain assets.

5/6/2022 - Trustee to employ Mike Gurkins & Country Boys Auction & Realty, Inc as Asset Advisors.

4/6/2022 - Trustee looking into additional personal property that might be available for the estate.

3/4/2022 - Ongoing discussions between Trustee, Ms. Eustis and Mr. Whitford regarding scheduling deposition of Mr. Benton.

2/18/2022 - Settlement agreement payment received from Mary Armstrong.

1/21/2022 - Trustee files Motion to Approve Compromise under Rule 9019 with Mary Armstrong.

1/19/2022 - Order approving settlement with Mary Armstrong entered in Nevada District Court.

12/3/2021 - George Oliver settlement still pending.

11/9/2021 - Pending settlement with George Oliver, who is awaiting approval from Nevada court.

10/8/2021 - Case converted to chapter 7 from SubV [Dkt. 59]; Trustee sold 2 parcels of real estate per orders [Dkt. 97 and 106]. Trustee working on resolving claims against Receiver and settling with Armstrong.

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | Trustee settled with Debtor for estate's interest in personal property for 12,000.00 payable over one year [Dkt. 129] |
| RE PROP # | 17 | -- | 2 parcels of real property 100% owened by LLC were sold per orders [Dkt. 97, 106] Reports of Sale filed [Dkt. 101, 110] |

Initial Projected Date of Final Report (TFR): 04/30/2022        Current Projected Date of Final Report (TFR): 01/31/2024

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 20-00399 | Trustee Name: Marc E. Albert DC Ch 7, Trustee |
| Case Name: John A C Cartner | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0224 |
| | Checking |
| Taxpayer ID No: XX-XXX7368 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 11/28/2023 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/23/21 | | Richard L. Griffin, PA Richard L. Griffin RET Trust 202 E. Arlington Blvd Suite B Greenville, NC 27858 | Net proceeds from sale of 4070 Beargrass Rd, Greenville, NC | | $275,376.67 | | $275,376.67 |
| | | | Gross Receipts    $305,000.00 | | | | |
| | | Cape Fear Land Company | Commission    ($18,300.00) | 3510-000 | | | |
| | | Allen Hahn | Seller Doc Prep Fee    ($2,250.00) | 2500-000 | | | |
| | | | Misc property taxes    ($9,073.33) | 2820-000 | | | |
| | 17 | | 712 Timber Pitt 3, Llc, A South Dakota Limited Liability Company John A.C Cartner Is Sole Member    $305,000.00 | 1110-000 | | | |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.85 | $275,317.82 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $303.98 | $275,013.84 |
| 09/30/21 | | Richard L. Griffen, PA 202 E. Arlington Blvd., Suite B Greenville, NC 27858 | Net proceeds from sale of 0 Tucker Blvd. Stokes, NC | | $72,840.92 | | $347,854.76 |
| | | | Gross Receipts    $80,000.00 | | | | |
| | | Cape Fear Land Company | Realtor Commission    ($4,800.00) | 3510-000 | | | |
| | | Allen Hahn PA | Document Preparation Fee    ($750.00) | 2500-000 | | | |
| | | Pitt County Tax Collector | Real Estate Taxes    ($1,449.08) | 2820-000 | | | |
| | | County Recorder of Deeds | Transfer tax    ($160.00) | 2500-000 | | | |
| | 17 | | 712 Timber Pitt 3, Llc, A South Dakota Limited Liability Company John A.C Cartner Is Sole Member    $80,000.00 | 1110-000 | | | |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $293.85 | $347,560.91 |

| | | | Page Subtotals: | | $348,217.59 | $656.68 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 20-00399 | Trustee Name: | Marc E. Albert DC Ch 7, Trustee |
|---|---|---|---|
| Case Name: | John A C Cartner | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0224 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7368 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 11/28/2023 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/01/21 | 2001 | Country Boys Auction & Realty, Inc. Attn: Mike Gurkins 1211 W. 5th Street PO Box 1903 Washington, DC 27889 | Trustee's Asset Advisor Fees Per Order 10/1/2021 Invoice #3088 | 3992-000 | | $350.00 | $347,210.91 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $383.52 | $346,827.39 |
| 11/11/21 | 2002 | Stinson LLP 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Attorney for Trustee Interim Fees per Order 11/10/2021 | 3110-000 | | $17,470.50 | $329,356.89 |
| 11/11/21 | 2003 | Stinson LLP 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Attorney for Trustee Interim Expenses per Order 11/10/2021 | 3120-000 | | $153.26 | $329,203.63 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $361.17 | $328,842.46 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $363.08 | $328,479.38 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $362.70 | $328,116.68 |
| 02/18/22 | 26 | The Law Offices of Oliver & Cheek PLLC 405 Middle Street P.O. Box 1548 New Bern, NC 28563 | Settlement Agreement Payment re Mary Armstrong | 1249-000 | $30,000.00 | | $358,116.68 |
| 02/28/22 | 2004 | Insurance Partners 2950 West Market Street Akron, OH 44333 | DC 22-23 Bond (Policy #3792909 - Invoice #871095) | 2300-000 | | $169.58 | $357,947.10 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $334.70 | $357,612.40 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $394.89 | $357,217.51 |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $381.68 | $356,835.83 |

Page Subtotals: $30,000.00    $20,725.08

UST Form 101-7-TFR (5/1/2011) (Page: 7)

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 20-00399 | Trustee Name: | Marc E. Albert DC Ch 7, Trustee |
| Case Name: | John A C Cartner | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0224 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7368 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 11/28/2023 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $394.00 | $356,441.83 |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $380.86 | $356,060.97 |
| 07/26/22 | 2 | John A. C. Cartner 1629 K Street, NW Suite 300 Washington, DC 20006-1629 | Payment re Settlement and Sale per order [Dkt. 129], payment 1 of 12 | 1129-000 | $700.00 | | $356,760.97 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $393.25 | $356,367.72 |
| 08/02/22 | 2005 | Country Boys Auction & Realty, Inc. Attn: Mike Gurkins 1211 W. Fifth Street Washington, NC 27889 | Asset Advisor for Trustee Fees Second and Final Fees for Asset Advisor per Order 8/2/22 | 3991-000 | | $1,000.00 | $355,367.72 |
| 08/16/22 | 2 | John A. C. Cartner 1629 K Street, NW Suite 300 Washington, DC 20006-1629 | Payment re Settlement and Sale per order [Dkt. 129], payment 2 of 12 | 1129-000 | $700.00 | | $356,067.72 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $393.27 | $355,674.45 |
| 09/19/22 | 2006 | US Treasury Internal Revenue Service Kansas City, MO 64999-0148 | Bankruptcy Estate of John A.C. Cartner, 2021 Form 1041, EIN: 86-6697368 | 2810-000 | | $7,841.00 | $347,833.45 |
| 09/19/22 | 2007 | NC Department of Revenue NC Dept. of Revenue P.O. Box 25000 Raleigh, NC 27640-0640 | Bankruptcy Estate of John A.C. Cartner, 2021 Form D-407, EIN: 86-6697368 | 2820-000 | | $4,865.00 | $342,968.45 |
| 09/20/22 | 2 | John A.C. Cartner 1629 K Street, NW Ste. 300 Washington, DC 20006-1629 | Payment regarding Settlement and Sale per order [Dkt. 129], payment 3 of 12 | 1129-000 | $700.00 | | $343,668.45 |
| 09/20/22 | 2008 | DC Treasurer Office of Tax and Revenue PO Box 96153 Washington, DC 20090-6153 | Bankruptcy Estate of John A.C. Cartner, 2021 Form D-41, EIN: 86-6697368 | 2820-000 | | $2,479.00 | $341,189.45 |
| 10/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $379.41 | $340,810.04 |

Page Subtotals: $2,100.00    $18,125.79

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 20-00399 | Trustee Name: Marc E. Albert DC Ch 7, Trustee |
| Case Name: John A C Cartner | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0224 |
| | Checking |
| Taxpayer ID No: XX-XXX7368 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 11/28/2023 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/12/22 | 2009 | Arthur Lander PC, CPA 300 N. Washington Street #104 Alexandria, VA 22314 | Accountant for Trustee Fees Final Application for Compensation for Accountant per Order 10/12/22 | 3410-000 | | $8,529.00 | $332,281.04 |
| 10/12/22 | 2010 | Stinson LLP 1775 Pennsylvania Ave, NW Suite 800 Washington, DC 20006 | Attorney for Trustee Second Interim Fees from October 1, 2021 through August 31, 2022 per Order 10/12/2022 | 3110-000 | | $20,772.50 | $311,508.54 |
| 10/12/22 | 2011 | Stinson LLP 1775 Pennsylvania Ave, NW Suite 800 Washington, DC 20006 | Attorney for Trustee Second Interim Expenses from October 1, 2021 through August 31, 2022 per Order 10/12/2022 | 3120-000 | | $218.51 | $311,290.03 |
| 10/19/22 | 2 | John A.C. Cartner 1629 K Street NW Suite 300 Washington, DC 20006 | Settlment Agreement Payment Settlement Payment 4 of 12 | 1129-000 | $1,100.00 | | $312,390.03 |
| 11/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $363.33 | $312,026.70 |
| 11/17/22 | 2 | John A.C. Cartner 1629 K. Street, NW Suite 300 Washington, DC 20006 | Settlement Agreement Payment Settlement Payment 5 of 12 | 1129-000 | $1,100.00 | | $313,126.70 |
| 12/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $333.91 | $312,792.79 |
| 01/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $345.36 | $312,447.43 |
| 01/04/23 | 2 | John A.C. Cartner 1629 K St., NW Suite 300 Washington, DC 20006-1629 | Settlement Agreement Payment Settlement Payment 6 of 12 | 1129-000 | $1,100.00 | | $313,547.43 |
| 01/24/23 | 2 | John A. C. Cartner 1629 K St., NW Ste. 300 Washington, DC 20006-1629 | Settlement Agreement Payment Settlement Payment 7 of 12 | 1129-000 | $1,100.00 | | $314,647.43 |
| 02/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $346.29 | $314,301.14 |

Page Subtotals:    $4,400.00    $30,908.90

UST Form 101-7-TFR (5/1/2011)  *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 20-00399 | Trustee Name: Marc E. Albert DC Ch 7, Trustee |
| Case Name: John A C Cartner | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0224 |
| | Checking |
| Taxpayer ID No: XX-XXX7368 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 11/28/2023 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/15/23 | 2 | John A. C. Cartner<br>1629 K St., NW<br>Ste 300<br>Washington, DC 20006 | Settlement Agreement Payment Settlement Payment 8 of 12 | 1129-000 | $1,100.00 | | $315,401.14 |
| 02/27/23 | 2012 | Insurance Partners Agency Inc.<br>26865 Center Ridge Road<br>Westlake, OH 44145 | DC 23-24 Bond Policy #3792909 - Invoice 1113038 | 2300-000 | | $157.83 | $315,243.31 |
| 03/23/23 | 2 | John A. C. Cartner<br>1629 K St., NW<br>Suite 300<br>Washington, DC 20006 | Settlement Agreement Payment Settlement Payment 9 of 12 | 1129-000 | $1,100.00 | | $316,343.31 |
| 04/24/23 | 2 | John A. C. Cartner<br>1629 K St NW, No. 300<br>Washington, DC 20006 | Settlement Agreement Payment Settlement Payment 10 of 12 | 1129-000 | $1,100.00 | | $317,443.31 |
| 05/23/23 | 2 | John A.C. Cartner<br>1629 K St., NW<br>No. 306<br>Washington, DC 20006 | Settlement Agreement Payment Settlement Payment 11 of 12 | 1129-000 | $1,100.00 | | $318,543.31 |
| 06/21/23 | 2 | John A. C. Cartner<br>1629 K Stret NW<br>No. 300<br>Washington, DC 20006 | Settlement Agreement Payment Settlement Payment (12 of 12) | 1129-000 | $1,100.00 | | $319,643.31 |
| 11/16/23 | 2013 | Stinson LLP<br>1775 Pennsylvania Ave, NW<br>Suite 800<br>Washington, DC 20006 | Attorney for Trustee Fees<br>Third and Final Application for Compensation per Order 11/15/23. | 3110-000 | | $10,000.00 | $309,643.31 |
| 11/16/23 | 2014 | Stinson LLP<br>1775 Pennsylvania Ave, NW<br>Suite 800<br>Washington, DC 20006 | Attorney for Trustee Expenses<br>Third and Final Application for Compensation per Order 11/15/23. | 3120-000 | | $14.31 | $309,629.00 |
| 11/17/23 | 2013 | Stinson LLP<br>1775 Pennsylvania Ave, NW<br>Suite 800<br>Washington, DC 20006 | Attorney for Trustee Fees Reversal Incorrect amount entered. | 3110-000 | | ($10,000.00) | $319,629.00 |
| 11/17/23 | 2015 | Stinson LLP<br>1775 Pennsylvania Ave, NW<br>Suite 800<br>Washington, DC 20006 | Attorney for Trustee Fees<br>Third and Final Application for Compensation for Trustee's Attorney per Order 11/15/23 | 3110-000 | | $6,500.00 | $313,129.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $390,217.59 | $77,088.59 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $390,217.59 | $77,088.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $5,500.00 | $6,672.14 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Net                  $390,217.59    $77,088.59

Exhibit B

Page Subtotals:              $0.00         $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0224 - Checking | $390,217.59 | $77,088.59 | $313,129.00 |
|  | $390,217.59 | $77,088.59 | $313,129.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $36,782.41 |
| Total Net Deposits: | $390,217.59 |
| Total Gross Receipts: | $427,000.00 |

Page Subtotals:            $0.00            $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-00399-ELG  
Debtor Name: John A C Cartner  
Claims Bar Date: 10/28/2021  

Date: November 28, 2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Marc E. Albert<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC  20006 | Administrative | | $0.00 | $24,600.00 | $24,600.00 |
| 100 3110 | Stinson LLP<br>1775 Pennsylvania Ave, NW<br>Suite 800<br>Washington, DC 20006 | Administrative | Voluntarily reduced to $20,772.50 | $0.00 | $20,772.50 | $20,772.50 |
| 100 3110 | Stinson LLP<br>1775 Pennsylvania Ave, NW<br>Suite 800<br>Washington, DC 20006 | Administrative | 3rd and final Application for Compensation | $0.00 | $6,500.00 | $6,500.00 |
| 100 3110 | Stinson LLP<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC  20006 | Administrative | | $0.00 | $17,470.50 | $17,470.50 |
| 100 3120 | Stinson LLP<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC  20006 | Administrative | | $0.00 | $153.26 | $153.26 |
| 100 3120 | Stinson LLP<br>1775 Pennsylvania Ave, NW<br>Suite 800<br>Washington, DC 20006 | Administrative | | $0.00 | $218.51 | $218.51 |
| 100 3120 | Stinson LLP<br>1775 Pennsylvania Ave, NW<br>Suite 800<br>Washington, DC 20006 | Administrative | | $0.00 | $14.31 | $14.31 |
| 100 3410 | Arthur Lander PC, CPA<br>300 N. Washington Street<br>#104<br>Alexandria, VA  22314 | Administrative | | $0.00 | $8,529.00 | $8,529.00 |
| 100 3991 | Country Boys Auction & Realty, Inc.<br>Attn: Mike Gurkins<br>1211 W. Fifth Street<br>Washington, NC  27889 | Administrative | | $0.00 | $1,000.00 | $1,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-00399-ELG  
Debtor Name: John A C Cartner  
Claims Bar Date: 10/28/2021  

Date: November 28, 2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3992 | Country Boys Auction & Realty, Inc. 1211 W. 5th Street PO Box 1903 Washington, NC 27889 | Administrative | | $0.00 | $350.00 | $350.00 |
| 4 280 5800 | Department Of Treasury Internal Revenue Service PO Box 7317 Philadelphia, PA 19101-7317 | Priority | AMENDED 4/5/2022 SECURED $106,449.49 TAX AND INTEREST UNSECURED PRIORITY $21,956.94 TAX AND INTEREST UNSECURED GENERAL $72,220.20 PENALTIES $47,023.88 | $0.00 | $21,956.94 | $21,956.94 |
| 1 300 7100 | JPMorgan Chase Bank, N.A. PO BOX 15368 Wilmington DE 19850 | Unsecured | | $863.00 | $863.44 | $863.44 |
| 2 300 7100 | American Express National Bank C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Unsecured | | $21,229.00 | $21,229.57 | $21,229.57 |
| 3 300 7100 | American Express National Bank C/O Becket And Lee Llp Po Box 3001 Malvern Pa 19355-0701 | Unsecured | | $30,848.00 | $30,848.43 | $30,848.43 |
| 4 300 7100 | Department Of Treasury Internal Revenue Service PO Box 7317 Philadelphia, PA 19101-7317 | Unsecured | AMENDED 4/5/2022 SECURED $106,449.49 TAX AND INTEREST UNSECURED PRIORITY $21,956.94 TAX AND INTEREST UNSECURED GENERAL $72,220.20 PENALTIES $47,023.88 | $0.00 | $72,220.20 | $72,220.20 |
| 5 300 7100 | Nancy Brand 20222 Middletown Road Cornelius, Nc 28031 | Unsecured | COURT JUDGMENT ON MONEY LOANED FILED CLAIM AS SECURED ON ALL PROPERTY OWNED BY THE DEBTOR DOC 139 ORDER SUSTANING TRUSTEE'S OBJECTION TO CLAIM NO. 5 SECURED STATUS IS DISALLOWED CLAIM 5 SHALL BE ALLOWED AS A GENERAL UNSECURED CLAIM | $78,000.00 | $83,675.06 | $83,675.06 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 20-00399-ELG  
Debtor Name: John A C Cartner  
Claims Bar Date: 10/28/2021

Date: November 28, 2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>300<br>7100 | Verizon<br>By American Infosource As Agent<br>Po Box 4457<br>Houston, TX 77210-4457 | Unsecured | | $151.00 | $149.03 | $149.03 |
| 7<br>300<br>7100 | AgCarolina Farm Credit, ACA<br>Garrett Williams<br>PO Box 1366<br>Greenville, NC 27835 | Unsecured | AMENDED CLAIM FILED 1/12/21<br>MONEY LOANED - PAID IN FULL | $155,174.00 | $0.00 | $0.00 |
| 8<br>300<br>7100 | 712 Timber Craven 1, LLC<br>George M. Oliver, Esq., Receiver<br>Po Box 1548<br>New Bern, NC 28563 | Unsecured | AMENDED 10/26/2021 | $50,000.00 | $57,744.07 | $57,744.07 |
| 9<br>300<br>7100 | 712 Timber Pitt 1, LLC<br>George M. Oliver, Esq., Receiver<br>Po Box 1548<br>New Bern, NC 28563 | Unsecured | AMENDED 10/26/2021 | $0.00 | $56,193.94 | $56,193.94 |
| 10<br>300<br>7100 | 712 Timber Pitt 2, LLC<br>George M. Oliver, Esq., Receiver<br>Po Box 1548<br>New Bern, NC 28563 | Unsecured | Amended 10/26/2021 | $0.00 | $55,279.49 | $55,279.49 |
| 11<br>300<br>7100 | 712 Timber, LLC<br>George M. Oliver, Esq., Receiver<br>Po Box 1548<br>New Bern, NC 28563 | Unsecured | AMENDED 10/26/21 | $0.00 | $72,362.02 | $72,362.02 |
| 13<br>300<br>7100 | North Carolina Department Of Revenue<br>Nc Department Of Revenue<br>Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, Nc 27602 | Unsecured | Government Proof of Claim due by 03/28/2021<br>This claim was filed on 4/8/21<br>Amends Claim 12<br>Tax Period 2014 and 2015 | $0.00 | $19,718.18 | $19,718.18 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 20-00399-ELG  
Debtor Name: John A C Cartner  
Claims Bar Date: 10/28/2021  

Date: November 28, 2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 4<br>380<br>7300 | Department Of Treasury<br>Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Unsecured | AMENDED 4/5/2022<br>SECURED $106,449.49 TAX AND INTEREST<br>UNSECURED PRIORITY $21,956.94 TAX AND INTEREST<br>UNSECURED GENERAL $72,220.20<br>PENALTIES $47,023.88 | $0.00 | $47,023.88 | $47,023.88 |
| 4<br>400<br>4300 | Department Of Treasury<br>Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Secured | AMENDED 4/5/2022<br>SECURED $106,449.49 TAX AND INTEREST<br>UNSECURED PRIORITY $21,956.94 TAX AND INTEREST<br>UNSECURED GENERAL $72,220.20<br>PENALTIES $47,023.88 | $0.00 | $106,449.49 | $106,449.49 |
| | Case Totals | | | $336,265.00 | $725,321.82 | $725,321.82 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 20-00399
Case Name: John A C Cartner
Trustee Name: Marc E. Albert DC Ch 7, Trustee

Balance on hand $ 313,129.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Department Of Treasury | $ 106,449.49 | $ 106,449.49 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 313,129.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Marc E. Albert | $ 24,600.00 | $ 0.00 | $ 24,600.00 |
| Attorney for Trustee Fees: Stinson LLP | $ 17,470.50 | $ 17,470.50 | $ 0.00 |
| Attorney for Trustee Expenses: Stinson LLP | $ 153.26 | $ 153.26 | $ 0.00 |
| Accountant for Trustee Fees: Arthur Lander PC, CPA | $ 8,529.00 | $ 8,529.00 | $ 0.00 |
| Other: Country Boys Auction & Realty, Inc. | $ 350.00 | $ 350.00 | $ 0.00 |
| Other: Country Boys Auction & Realty, Inc. | $ 1,000.00 | $ 1,000.00 | $ 0.00 |
| Other: Stinson LLP | $ 27,272.50 | $ 27,272.50 | $ 0.00 |
| Other: Stinson LLP | $ 232.82 | $ 232.82 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 24,600.00

Remaining Balance $ 288,529.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,956.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Department Of Treasury | $ 21,956.94 | $ 0.00 | $ 21,956.94 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 21,956.94 |
| Remaining Balance | $ | 266,572.06 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $470,283.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, N.A. | $ 863.44 | $ 0.00 | $ 489.43 |
| 2 | American Express National Bank | $ 21,229.57 | $ 0.00 | $ 12,033.62 |
| 3 | American Express National Bank | $ 30,848.43 | $ 0.00 | $ 17,485.90 |
| 4 | Department Of Treasury | $ 72,220.20 | $ 0.00 | $ 40,936.78 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Nancy Brand | $ 83,675.06 | $ 0.00 | $ 47,429.77 |
| 6 | Verizon | $ 149.03 | $ 0.00 | $ 84.48 |
| 7 | AgCarolina Farm Credit, ACA | $ 0.00 | $ 0.00 | $ 0.00 |
| 8 | 712 Timber Craven 1, LLC | $ 57,744.07 | $ 0.00 | $ 32,731.23 |
| 9 | 712 Timber Pitt 1, LLC | $ 56,193.94 | $ 0.00 | $ 31,852.57 |
| 10 | 712 Timber Pitt 2, LLC | $ 55,279.49 | $ 0.00 | $ 31,334.23 |
| 11 | 712 Timber, LLC | $ 72,362.02 | $ 0.00 | $ 41,017.15 |
| 13 | North Carolina Department Of Revenue | $ 19,718.18 | $ 0.00 | $ 11,176.90 |

Total to be paid to timely general unsecured creditors         $         266,572.06

Remaining Balance                                              $              0.00


Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $47,023.88 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Department Of Treasury | $ 47,023.88 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |