UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON DIVISION

| | |
|---|---|
| In Re: | : |
| C CARTNER, JOHN A | : |
| | : CASE NO. 20-00399 |
| | : (Chapter 7) |
| | : |
| Debtor(s) | : |

### TRUSTEE'S APPLICATION FOR COMPENSATION
### AND REIMBURSEMENT OF EXPENSES

Pursuant to 11 U.S.C. Section 330, the undersigned trustee hereby requests compensation in the amount of $24,600.00 and reimbursement of expenses in the amount of $0.00 for this case. The trustee has, by prior authorization, received $0.00 of such compensation and $0.00 of such expenses.

COMPUTATION OF COMPENSATION AND EXPENSES

Total disbursements to other than debtor will be                                                              $427,000.00

Pursuant to 11 U.S.C. Section 326, compensation
to the trustee is computed as follows:

(For cases filed after October 22, 1994)

| | | |
|---|---|---|
| 25% on 1st $5,000.00 | ($1,250.00 max) | $1,250.00 |
| 10% on next $45,000.00 | ($4,500.00 max) | $4,500.00 |
| 5% on next $950,000.00 | ($47,500.00 max) | $18,850.00 |
| 3% of balance | | $0.00 |
| | TOTAL COMPENSATION CALCULATED: | $24,600.00 |
| | Less Previously Paid Compensation | $0.00 |
| | TOTAL COMPENSATION REQUESTED | $24,600.00 |

TRUSTEE'S EXPENSES (ITEMIZE):

None   @

| | |
|---|---|
| TOTAL EXPENSES CALCULATED | $0.00 |
| Less Previously Paid Expenses | $0.00 |
| TOTAL EXPENSES REQUESTED | $0.00 |

TOTAL REQUESTED FEES AND EXPENSES                                                                              $24,600.00

WHEREFORE, the trustee requests this application be approved by the court and that the trustee be awarded $24,600.00 as compensation and $0.00 for reimbursement of expenses.  The trustee certifies that no payments have been made or promised to him/her for services rendered in any capacity in this case.  No agreement or understanding exists between the trustee and any other person or entity, other than his/her law firm, for sharing compensation or to be received.

Dated:  11/28/2023

/s/ Marc E. Albert
Marc E. Albert
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 785-9100