Marc E. Albert, No. 345181
STINSON LLP
1775 Pennsylvania Ave., N.W.
Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 785-9163
E-mail: marc.albert@stinson.com
*Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | ) |
|  | ) |
|  | )  Case No. 20-00399-ELG |
| JOHN A.C. CARTNER, | )  Chapter 7 |
|  | ) |
| Debtor(s) | ) |
|  | ) |

## CERTIFICATE OF MAILING

I hereby certify that on January 11, 2024, a copy of the NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) was served via ECF and/or mailed by first class mail, postage prepaid, upon all parties on the mailing matrix maintained by the Court as it appeared on January 11, 2024 on the following:

Kristen S. Eustis
Office of the U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314

John A.C. Cartner
1629 K. Street, NW
Suite 300
Washington, DC 20006

Dated: January 11, 2024    Respectfully submitted,

/s/ Marc E. Albert
Marc E. Albert, No. 345181
STINSON LLP
1775 Pennsylvania Ave., N.W.
Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 785-9163
E-mail: marc.albert@stinson.com
*Chapter 7 Trustee*

CORE/0773380.0242/186735451.1