The order below is hereby signed.

Signed: February 6 2024



_Elizabeth L. Gunn_
_U.S. Bankruptcy Judge_

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|                      |     |                        |
|----------------------|-----|------------------------|
| **IN RE:**           | )   | **Case No. 20-00399-ELG** |
| **JOHN A.C. CARTNER,** | )   |                        |
|                      | )   | **CHAPTER 7**          |
|                      | )   |                        |
| **Debtor(s)**        | )   |                        |

## ORDER APPROVING FINAL APPLICATION FOR COMPENSATION
## AND DIRECTING FINAL DISTRIBUTION OF FUNDS ON HAND

Marc E. Albert, Trustee, having filed his final report and account and proposed distribution thereon in the above estate, and the Court having reviewed and considered all pending applications for compensation and reimbursement of expenses, notice and opportunity for hearing having been given to all creditors and other parties in interest, no objections having been filed, and the U.S. Trustee having approved of the final report and account and proposed distribution thereon, it is

ORDERED that reasonable compensation for actual and necessary expenses incurred is hereby awarded or allowed pursuant to 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANT | COMMISSIONS/FEES[1] | EXPENSES |
|-----------|---------------------|----------|
| Marc E. Albert, Trustee | $24,600.00 | $0.00 |

FURTHER ORDERED that the trustee is directed to make final distribution of the funds on hand in accordance with the proposed distribution, section 507 of 11 U.S.C., and in conformity with this order, and it is

---

[1] The balance of funds on hand in the estate will continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee will receive additional compensation on account of the disbursement of the additional interest not to exceed the maximum compensation set forth under 11 U.S.C. §326(a).

CORE/0773380.0242/186735739.1

FURTHER ORDERED that the compensation of the trustee may be increased to include commissions earned on interest through the date of distribution and that the distribution to creditors be increased to reflect interest accrued through the date of distribution.

WE ASK THIS:

/s/ Marc E. Albert
Marc E. Albert
CHAPTER 7 TRUSTEE
Bar No. 345181
1775 Pennsylvania Avenue, NW
Suite 800
Washington, DC 20006
(202) 785-9100

**COPIES TO:**

All parties registered to receive service through the Court's CM/ECF system

And

Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314

John A.C. Cartner
1629 K. Street, NW
Suite 300
Washington, DC 20006

**\*\*\*END OF ORDER\*\*\***

CORE/0773380.0242/186735739.1