The order below is hereby signed.

Signed: February 6 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 20-00399-ELG |
| JOHN A.C. CARTNER, | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| **Debtor(s)** | ) | |

### ORDER APPROVING FINAL APPLICATION FOR COMPENSATION
### AND DIRECTING FINAL DISTRIBUTION OF FUNDS ON HAND

Marc E. Albert, Trustee, having filed his final report and account and proposed distribution thereon in the above estate, and the Court having reviewed and considered all pending applications for compensation and reimbursement of expenses, notice and opportunity for hearing having been given to all creditors and other parties in interest, no objections having been filed, and the U.S. Trustee having approved of the final report and account and proposed distribution thereon, it is

ORDERED that reasonable compensation for actual and necessary expenses incurred is hereby awarded or allowed pursuant to 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| APPLICANT | COMMISSIONS/FEES[1] | EXPENSES |
|---|---|---|
| Marc E. Albert, Trustee | $24,600.00 | $0.00 |

FURTHER ORDERED that the trustee is directed to make final distribution of the funds on hand in accordance with the proposed distribution, section 507 of 11 U.S.C., and in conformity with this order, and it is

---

[1] The balance of funds on hand in the estate will continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee will receive additional compensation on account of the disbursement of the additional interest not to exceed the maximum compensation set forth under 11 U.S.C. §326(a).

CORE/0773380.0242/186735739.1

      FURTHER ORDERED that the compensation of the trustee may be increased to include commissions earned on interest through the date of distribution and that the distribution to creditors be increased to reflect interest accrued through the date of distribution.

WE ASK THIS:

        /s/ Marc E. Albert
        Marc E. Albert
        CHAPTER 7 TRUSTEE
        Bar No. 345181
        1775 Pennsylvania Avenue, NW
        Suite 800
        Washington, DC 20006
        (202) 785-9100

**COPIES TO:**

All parties registered to receive service through the Court's CM/ECF system

And

Office of the United States Trustee
1725 Duke Street
Ste 650
Alexandria, VA 22314

John A.C. Cartner
1629 K. Street, NW
Suite 300
Washington, DC 20006

                                          \*\*\*END OF ORDER\*\*\*

CORE/0773380.0242/186735739.1

United States Bankruptcy Court

District of Columbia

In re:  Case No. 20-00399-ELG
John A C Cartner  Chapter 7
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Feb 06, 2024　　　　　　　　　　　　　Form ID: pdf001　　　　　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　Definition**

\+　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + John A C Cartner, 1629 K. Street, NW, Suite 300, Washington, DC 20006-1631 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2024　　　　　　　　　　　Signature:　　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arthur P. Lander | on behalf of Accountant Arthur Lander CPA PC law@businesslegalservicesinc.com |
| Christopher A. Jones | on behalf of Plaintiff Nancy Clark Brand cajones@whitefordlaw.com<br>clano@wtplaw.com,kmccruden@whitefordlaw.com,dchaney@whitefordlaw.com,adesimone@whitefordlaw.com |
| David W. Gaffey | on behalf of Plaintiff Nancy Clark Brand dgaffey@whitefordlaw.com |
| Dylan G. Trache | on behalf of Interested Party George Mason Oliver Receiver dylan.trache@nelsonmullins.com,<br>linnea.hann@nelsonmullins.com;alex.reilly@nelsonmullins.com |
| Jae Won Ha | on behalf of Plaintiff Nancy Clark Brand jha@wtplaw.com |

Jae Won Ha
    on behalf of Creditor Nancy Brand jha@wtplaw.com

Joshua W. Cox
    on behalf of Trustee Marc E. Albert Joshua.cox@stinson.com porsche.barnes@stinson.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Kristen S. Eustis
    on behalf of Plaintiff Gerard R. Vetter Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Marc E. Albert
    on behalf of Trustee Marc E. Albert marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Marc E. Albert
    marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Maurice Belmont VerStandig
    on behalf of Defendant John A C Cartner mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
    on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

Michael T. Freeman
    on behalf of Plaintiff Gerard R. Vetter michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 15