The order below is hereby signed.

Signed: February 9 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br>    **John A C Cartner (deceased)**<br>    **Debtor.** | Case No. 20-00399-ELG<br><br>Chapter 7 |

### ORDER DENYING APPLICATION

The Court has before it the *Letter* (ECF No. 120) filed by the above captioned Debtor, *pro se*, which the Court will treat as an *Application to Appoint Pro Bono Counsel* (the "Application"). The Court deferred action on the Application until such time as certain associated litigation was resolved. In the interim and prior to the resolution of said litigation, the Debtor died, and the chapter 7 trustee filed his final distribution report (ECF No. 142). As such, the Application is now moot.

Therefore, it is **ORDERED, ADJUDGED, and DECREED** that the Application (ECF Nos. 120) is hereby **DENIED** as moot.

[Signed and dated above.]

Copies to: the Debtor; and recipients of e-notification of orders.

United States Bankruptcy Court

District of Columbia

In re:                                                                Case No. 20-00399-ELG
John A C Cartner                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                           User: admin                          Page 1 of 2
Date Rcvd: Feb 09, 2024                   Form ID: pdf001                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

**Recip ID**                 **Recipient Name and Address**
dbpos                    +    John A C Cartner, 1629 K. Street, NW, Suite 300, Washington, DC 20006-1631

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2024                           Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:**

**Name**                            **Email Address**

Arthur P. Lander
                         on behalf of Accountant Arthur Lander CPA PC law@businesslegalservicesinc.com

Christopher A. Jones
                         on behalf of Plaintiff Nancy Clark Brand cajones@whitefordlaw.com
                         clano@wtplaw.com,kmccruden@whitefordlaw.com,dchaney@whitefordlaw.com,adesimone@whitefordlaw.com

David W. Gaffey
                         on behalf of Plaintiff Nancy Clark Brand dgaffey@whitefordlaw.com

Dylan G. Trache
                         on behalf of Interested Party George Mason Oliver  Receiver dylan.trache@nelsonmullins.com,
                         linnea.hann@nelsonmullins.com;alex.reilly@nelsonmullins.com

Jae Won Ha
                         on behalf of Plaintiff Nancy Clark Brand jha@wtplaw.com

District/off: 0090-1     User: admin     Page 2 of 2
Date Rcvd: Feb 09, 2024     Form ID: pdf001     Total Noticed: 1

| Name | Details |
|---|---|
| Jae Won Ha | on behalf of Creditor Nancy Brand jha@wtplaw.com |
| Joshua W. Cox | on behalf of Trustee Marc E. Albert Joshua.cox@stinson.com porsche.barnes@stinson.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Kristen S. Eustis | on behalf of Plaintiff Gerard R. Vetter Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Marc E. Albert | on behalf of Trustee Marc E. Albert marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Marc E. Albert | marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Maurice Belmont VerStandig | on behalf of Defendant John A C Cartner mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| Michael T. Freeman | on behalf of Plaintiff Gerard R. Vetter michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 15