UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA
WASHINGTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| John A C Cartner | § | Case No. 20-00399-ELG |
| | § | |
| | § | |
| Debtor | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Marc E. Albert DC Ch 7, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 2,414,576.96     Assets Exempt: 9,875.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 288,529.00     Claims Discharged
                                                  Without Payment: 875,874.25

Total Expenses of Administration: 138,471.00

---

3) Total gross receipts of $427,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $427,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $354,927.00 | $126,235.99 | $106,449.49 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 138,471.00 | 138,471.00 | 138,471.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 21,956.94 | 21,956.94 | 21,956.94 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 606,477.00 | 517,307.31 | 517,307.31 | 266,572.06 |
| **TOTAL DISBURSEMENTS** | $961,404.00 | $803,971.24 | $784,184.74 | $427,000.00 |

4) This case was originally filed under chapter 11 on 09/29/2020, and it was converted to chapter 7 on 12/02/2020.  The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/04/2024              By:/s/Marc E. Albert DC Ch 7, Trustee
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 712 Timber Pitt 3, Llc, A South Dakota Limited Liability Company John A.C Cartner Is Sole Me... | 1110-000 | 385,000.00 |
| Household Furniture, Appliances, China, Other Assorted Goods. | 1129-000 | 12,000.00 |
| Claim against Receiver | 1249-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$427,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AGCarolina, 100 East 1st Street Greenville, NC 27858 | | 162,544.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Union Bank, 1011 Red Banks Road Greenville, NC 27858 | | 192,383.00 | NA | NA | 0.00 |
| 4 | Department Of Treasury | 4300-000 | NA | 106,449.49 | 106,449.49 | 0.00 |
| 12 | North Carolina Department Of Revenue | 4800-000 | NA | 19,786.50 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $354,927.00 | $126,235.99 | $106,449.49 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Marc E Albert | 2100-000 | NA | 24,600.00 | 24,600.00 | 24,600.00 |
| Insurance Partners | 2300-000 | NA | 169.58 | 169.58 | 169.58 |
| Insurance Partners Agency Inc. | 2300-000 | NA | 157.83 | 157.83 | 157.83 |
| Allen Hahn | 2500-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| Allen Hahn PA | 2500-000 | NA | 750.00 | 750.00 | 750.00 |
| County Recorder of Deeds | 2500-000 | NA | 160.00 | 160.00 | 160.00 |
| Axos Bank | 2600-000 | NA | 6,568.10 | 6,568.10 | 6,568.10 |
| US Treasury | 2810-000 | NA | 7,841.00 | 7,841.00 | 7,841.00 |
| DC Treasurer | 2820-000 | NA | 2,479.00 | 2,479.00 | 2,479.00 |
| NC Department of Revenue | 2820-000 | NA | 4,865.00 | 4,865.00 | 4,865.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pitt County Tax Collector | 2820-000 | NA | 1,449.08 | 1,449.08 | 1,449.08 |
| Richard L. Griffin, PA | 2820-000 | NA | 9,073.33 | 9,073.33 | 9,073.33 |
| Stinson LLP | 3110-000 | NA | 44,743.00 | 44,743.00 | 44,743.00 |
| Stinson LLP | 3120-000 | NA | 386.08 | 386.08 | 386.08 |
| Arthur Lander PC, CPA | 3410-000 | NA | 8,529.00 | 8,529.00 | 8,529.00 |
| Cape Fear Land Company | 3510-000 | NA | 23,100.00 | 23,100.00 | 23,100.00 |
| Country Boys Auction & Realty, Inc. | 3991-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| Country Boys Auction & Realty, Inc. | 3992-000 | NA | 350.00 | 350.00 | 350.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $138,471.00 | $138,471.00 | $138,471.00 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| 4 | Department Of Treasury | 5800-000 | NA | 21,956.94 | 21,956.94 | 21,956.94 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $21,956.94 | $21,956.94 | $21,956.94 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware, Attn: Bankruptcy Po Box 8801 Wilmington, DE 19899 | | 31,341.00 | NA | NA | 0.00 |
| | Credit One Bank, Attn: Bankruptcy Department Po Box 98873 Las Vegas, NV 89193 | | 132.00 | NA | NA | 0.00 |
| | Diversified Adjustment Services, Inc, Dasi-Bankrupcty Po Box 32145 Fridley, MN 55432 | | 161.00 | NA | NA | 0.00 |
| | United States Small Business Admin., P.O. Box 3198 Portland, OR 97202 | | 238,578.00 | NA | NA | 0.00 |
| 8 | 712 Timber Craven 1, LLC | 7100-000 | 50,000.00 | 57,744.07 | 57,744.07 | 32,731.23 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | 712 Timber Pitt 1, LLC | 7100-000 | NA | 56,193.94 | 56,193.94 | 31,852.57 |
| 10 | 712 Timber Pitt 2, LLC | 7100-000 | NA | 55,279.49 | 55,279.49 | 31,334.23 |
| 11 | 712 Timber, LLC | 7100-000 | NA | 72,362.02 | 72,362.02 | 41,017.15 |
| 7 | AgCarolina Farm Credit, ACA | 7100-000 | 155,174.00 | 0.00 | 0.00 | 0.00 |
| 2 | American Express National Bank | 7100-000 | 21,229.00 | 21,229.57 | 21,229.57 | 12,033.62 |
| 3 | American Express National Bank | 7100-000 | 30,848.00 | 30,848.43 | 30,848.43 | 17,485.90 |
| 4 | Department Of Treasury | 7100-000 | NA | 72,220.20 | 72,220.20 | 40,936.78 |
| 1 | JPMorgan Chase Bank, N.A. | 7100-000 | 863.00 | 863.44 | 863.44 | 489.43 |
| 5 | Nancy Brand | 7100-000 | 78,000.00 | 83,675.06 | 83,675.06 | 47,429.77 |
| 13 | North Carolina Department Of Revenue | 7100-000 | NA | 19,718.18 | 19,718.18 | 11,176.90 |
| 6 | Verizon | 7100-000 | 151.00 | 149.03 | 149.03 | 84.48 |
| 4 | Department Of Treasury | 7300-000 | NA | 47,023.88 | 47,023.88 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$606,477.00** | **$517,307.31** | **$517,307.31** | **$266,572.06** |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 20-00399 | ELG | Judge: | Elizabeth L. Gunn | Trustee Name: | Marc E. Albert DC Ch 7, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | John A C Cartner | | | | Date Filed (f) or Converted (c): | 12/02/2020 (c) |
| | | | | | 341(a) Meeting Date: | 01/07/2021 |
| For Period Ending: | 04/04/2024 | | | | Claims Bar Date: | 10/28/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 42 Bristely Rose Drive Slanesville Wv 25444-0000 Hampshire | 90,000.00 | 0.00 | | 0.00 | FA |
| 2. Household Furniture, Appliances, China, Other Assorted Goods. | 25,000.00 | 20,625.00 | | 12,000.00 | FA |
| 3. Tvs, Computers, Digital Equipment | 10,000.00 | 0.00 | | 0.00 | FA |
| 4. Antiques, Paintings, Prints, Books, And Other Artistic Objects | 25,000.00 | 0.00 | | 0.00 | FA |
| 5. Bicycles, Carpentry Toos, Musical Instruments | 10,000.00 | 0.00 | | 0.00 | FA |
| 6. Shotgun Pistol Pellet Gun | 3,000.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 8. Heirloom Jewelryand Watches | 5,000.00 | 0.00 | | 0.00 | FA |
| 9. Service Animal | 3,500.00 | 0.00 | | 0.00 | FA |
| 10. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 11. Burke & Herbert Bank 100 S. Fairfax Street Alexandria, Va 22314 | 6,146.96 | 0.00 | | 0.00 | FA |
| 12. 117 Marsh St., Llc, A Nevada Limited Liability Company Members: John A C Cartner And Armstrong Family Trust Working To Put In Good Standing | 175,000.00 | 0.00 | | 0.00 | FA |
| 13. 712 Timber Craven 1, Llc, A Nevada Limited Liability Company Members: John A C Cartner And Armstrong Family Trust | 320,250.00 | 0.00 | | 0.00 | FA |
| 14. 712 Timber, Llc, A Nevada Limited Liability Company John A C Cartner And Armstrong Family Trust | 549,000.00 | 0.00 | | 0.00 | FA |
| 15. 712 Timber Pitt 1, Llc, A Nevada Limited Liability Company John A C Cartner Is Sole Member | 218,700.00 | 0.00 | | 0.00 | FA |
| 16. 712 Timber Pitt 2, Llc, A Nevada Limited Liability Company Members: John A C Cartner And Armstrong Family Trust | 402,600.00 | 0.00 | | 0.00 | FA |
| 17. 712 Timber Pitt 3, Llc, A South Dakota Limited Liability Company John A.C Cartner Is Sole Member | 400,000.00 | 0.00 | | 385,000.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 20-00399 | ELG | Judge: | Elizabeth L. Gunn | Trustee Name: | Marc E. Albert DC Ch 7, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | John A C Cartner | | | | Date Filed (f) or Converted (c): | 12/02/2020 (c) |
| | | | | | 341(a) Meeting Date: | 01/07/2021 |
| For Period Ending: | 04/04/2024 | | | | Claims Bar Date: | 10/28/2021 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. Cartner & Wolf, Pllc, A District Of Columbia Professional Limited Liability Company Members: John A C Cartner And Peter D. Wolf | 2,500.00 | 0.00 | | 0.00 | FA |
| 19. Cagent Investments, Llc, A Nevada Limited Liability Company John A C Cartner Is The Sole Member | 2,500.00 | 0.00 | | 0.00 | FA |
| 20. Cartner & Fiske (Insert Entity Formation) | Unknown | 0.00 | | 0.00 | FA |
| 21. Mscl, Inc. | 500.00 | 0.00 | | 0.00 | FA |
| 22. Plainview Farm-- Sole Proprietor 1629 K Street, Suite 300 Washington, Dc 20006 | 500.00 | 0.00 | | 0.00 | FA |
| 23. Miscellaneous Office Equipment, Furniture | 10,000.00 | 0.00 | | 0.00 | FA |
| 24. Miscellanous Small Powered Equipment | 7,500.00 | 0.00 | | 0.00 | FA |
| 25. Timber | 573,530.00 | 0.00 | | 0.00 | FA |
| 26. Claim against Receiver (u) | 0.00 | 30,000.00 | | 30,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,840,826.96 | $50,625.00 | | $427,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

3/8/24 - TDR in preparation.

2/29/24 - Final distribution check posted, account has $0.00 balance.

2/6/2024 - Order Approving Final Application for Compensation and Directing Final Distribution of Funds on Hands entered. Final distribution checks written.

1/11/2024- NFR filed. Objections due 2/1/2024.

1/9/2024 - TFR filed by UST.

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

11/28/2023 - Amended TFR submitted to UST.

11/10/2023 - TFR submitted to UST 10/20/23.

10/18/2023 - Third and Final Application for Compensation for the Period from September 1, 2022 through September 30, 2023 for Stinson LLP, Trustee's Attorney filed; Objections due 11/8/2023.

9/11/2023 - Working on Final Application for Compensation.

8/25/2023 - Objection to Secured Claim 5 by Claimant Nancy Brand filed; Objections due by 9/24/23.

8/7/2023 - Claims being reviewed. Questions regarding IRS, Timber, NC and Brand claims. Need to prepare objections to Brand claim and prepare final fee applications.

7/10/2023 - Ready to close. Check claims and file report.

6/21/2023 - Received Debtor's final settlement payment.

4/5/2023 - Debtors' settlement payments current.

2/10/2023 - Settlement payments are current.

12/13/2022 - Debtor continues to make settlement payments.

10/11/2022 - Trustee settled with the Debtor per order [Dkt. 133] for personal property.  Debtor to pay the settlement amount over 12 months (ending June 20, 2023).  Adversary proceedings filed against the Debtor objecting to his discharge.

9/2022 - Trustee continues collecting on Debtor obligation per order approving compromise.

8/9/2022 - Order Granting Trustee's  9019 Motion to Approve Settlement with Debtor.

7/1/2022 - Motion to Approve Proposed Settlement with Debtor filed.

6/22/2022 - Property (storage units) inspected by Asset Advisors.

5/10/2022 - Negotiations regarding sale of further property to Mr. Cartner and abandonment of certain assets.

5/6/2022 - Trustee to employ Mike Gurkins & Country Boys Auction & Realty, Inc as Asset Advisors.

4/6/2022 - Trustee looking into additional personal property that might be available for the estate.

3/4/2022 - Ongoing discussions between Trustee, Ms. Eustis and Mr. Whitford regarding scheduling deposition of Mr. Benton.

2/18/2022 - Settlement agreement payment received from Mary Armstrong.

1/21/2022 - Trustee files Motion to Approve Compromise under Rule 9019 with Mary Armstrong.

1/19/2022 - Order approving settlement with Mary Armstrong entered in Nevada District Court.

12/3/2021 - George Oliver settlement still pending.

11/9/2021 - Pending settlement with George Oliver, who is awaiting approval from Nevada court.

10/8/2021 - Case converted to chapter 7 from SubV [Dkt. 59]; Trustee sold 2 parcels of real estate per orders [Dkt. 97 and 106].  Trustee working on resolving claims against Receiver and settling with Armstrong.

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | Trustee settled with Debtor for estate's interest in personal property for $2,000.00 payable over one year [Dkt. 129] |
| RE PROP # | 17 | -- | 2 parcels of real property 100% owened by LLC were sold per orders [Dkt. 97, 106] Reports of Sale filed [Dkt. 101, 110] |

Exhibit 8

Initial Projected Date of Final Report (TFR): 04/30/2022      Current Projected Date of Final Report (TFR): 01/31/2024

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 20-00399 | Trustee Name: Marc E. Albert DC Ch 7, Trustee |
| Case Name: John A C Cartner | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0224 |
| | Checking |
| Taxpayer ID No: XX-XXX7368 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 04/04/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/23/21 | | Richard L. Griffin, PA<br>Richard L. Griffin RET Trust<br>202 E. Arlington Blvd Suite B<br>Greenville, NC 27858 | Net proceeds from sale of 4070 Beargrass Rd, Greenville, NC | | $275,376.67 | | $275,376.67 |
| | | | Gross Receipts         $305,000.00 | | | | |
| | | Cape Fear Land Company | Commission           ($18,300.00) | 3510-000 | | | |
| | | Allen Hahn | Seller Doc Prep Fee      ($2,250.00) | 2500-000 | | | |
| | | | Misc property taxes       ($9,073.33) | 2820-000 | | | |
| | 17 | | 712 Timber Pitt 3, Llc, A South Dakota Limited Liability Company John A.C Cartner Is Sole Member    $305,000.00 | 1110-000 | | | |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $58.85 | $275,317.82 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $303.98 | $275,013.84 |
| 09/30/21 | | Richard L. Griffen, PA<br>202 E. Arlington Blvd., Suite B<br>Greenville, NC 27858 | Net proceeds from sale of 0 Tucker Blvd. Stokes, NC | | $72,840.92 | | $347,854.76 |
| | | | Gross Receipts         $80,000.00 | | | | |
| | | Cape Fear Land Company | Realtor Commission       ($4,800.00) | 3510-000 | | | |
| | | Allen Hahn PA | Document Preparation Fee    ($750.00) | 2500-000 | | | |
| | | Pitt County Tax Collector | Real Estate Taxes        ($1,449.08) | 2820-000 | | | |
| | | County Recorder of Deeds | Transfer tax            ($160.00) | 2500-000 | | | |

Page Subtotals: $348,217.59    $362.83

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 20-00399 | Trustee Name: | Marc E. Albert DC Ch 7, Trustee |
| Case Name: | John A C Cartner | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0224 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7368 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 04/04/2024 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 17 | | 712 Timber Pitt 3, Llc, A South Dakota Limited Liability Company John A.C Cartner Is Sole Member $80,000.00 | 1110-000 | | | |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $293.85 | $347,560.91 |
| 10/01/21 | 2001 | Country Boys Auction & Realty, Inc. Attn: Mike Gurkins 1211 W. 5th Street PO Box 1903 Washington, DC 27889 | Trustee's Asset Advisor Fees Per Order 10/1/2021 Invoice #3088 | 3992-000 | | $350.00 | $347,210.91 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $383.52 | $346,827.39 |
| 11/11/21 | 2002 | Stinson LLP 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Attorney for Trustee Interim Fees per Order 11/10/2021 | 3110-000 | | $17,470.50 | $329,356.89 |
| 11/11/21 | 2003 | Stinson LLP 1775 Pennsylvania Avenue, NW Suite 800 Washington, DC 20006 | Attorney for Trustee Interim Expenses per Order 11/10/2021 | 3120-000 | | $153.26 | $329,203.63 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $361.17 | $328,842.46 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $363.08 | $328,479.38 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $362.70 | $328,116.68 |
| 02/18/22 | 26 | The Law Offices of Oliver & Cheek PLLC 405 Middle Street P.O. Box 1548 New Bern, NC 28563 | Settlement Agreement Payment re Mary Armstrong | 1249-000 | $30,000.00 | | $358,116.68 |

Page Subtotals: $30,000.00   $19,738.08

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 20-00399 | Trustee Name: Marc E. Albert DC Ch 7, Trustee |
| Case Name: John A C Cartner | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0224 |
| | Checking |
| Taxpayer ID No: XX-XXX7368 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 04/04/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/22 | 2004 | Insurance Partners<br>2950 West Market Street<br>Akron, OH 44333 | DC 22-23 Bond (Policy #3792909 - Invoice #871095) | 2300-000 | | $169.58 | $357,947.10 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $334.70 | $357,612.40 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $394.89 | $357,217.51 |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $381.68 | $356,835.83 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $394.00 | $356,441.83 |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $380.86 | $356,060.97 |
| 07/26/22 | 2 | John A. C. Cartner<br>1629 K Street, NW<br>Suite 300<br>Washington, DC 20006-1629 | Payment re Settlement and Sale<br>per order [Dkt. 129], payment 1 of 12 | 1129-000 | $700.00 | | $356,760.97 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $393.25 | $356,367.72 |
| 08/02/22 | 2005 | Country Boys Auction & Realty, Inc.<br>Attn: Mike Gurkins<br>1211 W. Fifth Street<br>Washington, NC 27889 | Asset Advisor for Trustee Fees Second and Final Fees for Asset Advisor per Order 8/2/22 | 3991-000 | | $1,000.00 | $355,367.72 |
| 08/16/22 | 2 | John A. C. Cartner<br>1629 K Street, NW<br>Suite 300<br>Washington, DC 20006-1629 | Payment re Settlement and Sale<br>per order [Dkt. 129], payment 2 of 12 | 1129-000 | $700.00 | | $356,067.72 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $393.27 | $355,674.45 |

| | | Page Subtotals: | | | $1,400.00 | $3,842.23 |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 20-00399 | Trustee Name: | Marc E. Albert DC Ch 7, Trustee |
| Case Name: | John A C Cartner | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0224 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7368 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 04/04/2024 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/19/22 | 2006 | US Treasury<br>Internal Revenue Service<br>Kansas City, MO 64999-0148 | Bankruptcy Estate of John A.C. Cartner, 2021 Form 1041, EIN: 86-6697368 | 2810-000 | | $7,841.00 | $347,833.45 |
| 09/19/22 | 2007 | NC Department of Revenue<br>NC Dept. of Revenue<br>P.O. Box 25000<br>Raleigh, NC 27640-0640 | Bankruptcy Estate of John A.C. Cartner, 2021 Form D-407, EIN: 86-6697368 | 2820-000 | | $4,865.00 | $342,968.45 |
| 09/20/22 | 2 | John A.C. Cartner<br>1629 K Street, NW<br>Ste. 300<br>Washington, DC 20006-1629 | Payment regarding Settlement and Sale per order [Dkt. 129], payment 3 of 12 | 1129-000 | $700.00 | | $343,668.45 |
| 09/20/22 | 2008 | DC Treasurer<br>Office of Tax and Revenue<br>PO Box 96153<br>Washington, DC 20090-6153 | Bankruptcy Estate of John A.C. Cartner, 2021 Form D-41, EIN: 86-6697368 | 2820-000 | | $2,479.00 | $341,189.45 |
| 10/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $379.41 | $340,810.04 |
| 10/12/22 | 2009 | Arthur Lander PC, CPA<br>300 N. Washington Street<br>#104<br>Alexandria, VA 22314 | Accountant for Trustee Fees Final Application for Compensation for Accountant per Order 10/12/22 | 3410-000 | | $8,529.00 | $332,281.04 |
| 10/12/22 | 2010 | Stinson LLP<br>1775 Pennsylvania Ave, NW<br>Suite 800<br>Washington, DC 20006 | Attorney for Trustee Second Interim Fees from October 1, 2021 through August 31, 2022 per Order 10/12/2022 | 3110-000 | | $20,772.50 | $311,508.54 |
| 10/12/22 | 2011 | Stinson LLP<br>1775 Pennsylvania Ave, NW<br>Suite 800<br>Washington, DC 20006 | Attorney for Trustee Second Interim Expenses from October 1, 2021 through August 31, 2022 per Order 10/12/2022 | 3120-000 | | $218.51 | $311,290.03 |
| 10/19/22 | 2 | John A.C. Cartner<br>1629 K Street NW<br>Suite 300<br>Washington, DC 20006 | Settlment Agreement Payment Settlement Payment 4 of 12 | 1129-000 | $1,100.00 | | $312,390.03 |
| 11/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $363.33 | $312,026.70 |

Page Subtotals: $1,800.00  $45,447.75

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 20-00399
Case Name: John A C Cartner
Taxpayer ID No: XX-XXX7368
For Period Ending: 04/04/2024

Trustee Name: Marc E. Albert DC Ch 7, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0224
Checking
Blanket Bond (per case limit): $3,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/22 | 2 | John A.C. Cartner<br>1629 K. Street, NW<br>Suite 300<br>Washington, DC 20006 | Settlement Agreement Payment<br>Settlement Payment 5 of 12 | 1129-000 | $1,100.00 | | $313,126.70 |
| 12/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $333.91 | $312,792.79 |
| 01/03/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $345.36 | $312,447.43 |
| 01/04/23 | 2 | John A.C. Cartner<br>1629 K St., NW<br>Suite 300<br>Washington, DC 20006-1629 | Settlement Agreement Payment<br>Settlement Payment 6 of 12 | 1129-000 | $1,100.00 | | $313,547.43 |
| 01/24/23 | 2 | John A. C. Cartner<br>1629 K St., NW<br>Ste. 300<br>Washington, DC 20006-1629 | Settlement Agreement Payment<br>Settlement Payment 7 of 12 | 1129-000 | $1,100.00 | | $314,647.43 |
| 02/01/23 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $346.29 | $314,301.14 |
| 02/15/23 | 2 | John A. C. Cartner<br>1629 K St., NW<br>Ste 300<br>Washington, DC 20006 | Settlement Agreement Payment<br>Settlement Payment 8 of 12 | 1129-000 | $1,100.00 | | $315,401.14 |
| 02/27/23 | 2012 | Insurance Partners Agency Inc.<br>26865 Center Ridge Road<br>Westlake, OH 44145 | DC 23-24 Bond Policy #3792909 - Invoice 1113038 | 2300-000 | | $157.83 | $315,243.31 |
| 03/23/23 | 2 | John A. C. Cartner<br>1629 K St., NW<br>Suite 300<br>Washington, DC 20006 | Settlement Agreement Payment<br>Settlement Payment 9 of 12 | 1129-000 | $1,100.00 | | $316,343.31 |
| 04/24/23 | 2 | John A. C. Cartner<br>1629 K St NW, No. 300<br>Washington, DC 20006 | Settlement Agreement Payment<br>Settlement Payment 10 of 12 | 1129-000 | $1,100.00 | | $317,443.31 |

Page Subtotals: $6,600.00   $1,183.39

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 20-00399 | Trustee Name: Marc E. Albert DC Ch 7, Trustee |
| Case Name: John A C Cartner | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0224 |
| | Checking |
| Taxpayer ID No: XX-XXX7368 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 04/04/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/23/23 | 2 | John A.C. Cartner<br>1629 K St., NW<br>No. 306<br>Washington, DC 20006 | Settlement Agreement Payment<br>Settlement Payment 11 of 12 | 1129-000 | $1,100.00 | | $318,543.31 |
| 06/21/23 | 2 | John A. C. Cartner<br>1629 K Stret NW<br>No. 300<br>Washington, DC 20006 | Settlement Agreement Payment<br>Settlement Payment (12 of 12) | 1129-000 | $1,100.00 | | $319,643.31 |
| 11/16/23 | 2013 | Stinson LLP<br>1775 Pennsylvania Ave, NW<br>Suite 800<br>Washington, DC 20006 | Attorney for Trustee Fees<br>Third and Final Application for Compensation per Order 11/15/23. | 3110-000 | | $10,000.00 | $309,643.31 |
| 11/16/23 | 2014 | Stinson LLP<br>1775 Pennsylvania Ave, NW<br>Suite 800<br>Washington, DC 20006 | Attorney for Trustee Expenses<br>Third and Final Application for Compensation per Order 11/15/23. | 3120-000 | | $14.31 | $309,629.00 |
| 11/17/23 | 2013 | Stinson LLP<br>1775 Pennsylvania Ave, NW<br>Suite 800<br>Washington, DC 20006 | Attorney for Trustee Fees<br>Reversal<br>Incorrect amount entered. | 3110-000 | | ($10,000.00) | $319,629.00 |
| 11/17/23 | 2015 | Stinson LLP<br>1775 Pennsylvania Ave, NW<br>Suite 800<br>Washington, DC 20006 | Attorney for Trustee Fees<br>Third and Final Application for Compensation for Trustee's Attorney per Order 11/15/23 | 3110-000 | | $6,500.00 | $313,129.00 |
| 02/06/24 | 2016 | Marc E Albert<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC  20006 | Final Distribution per Order 02/06/2024 | 2100-000 | | $24,600.00 | $288,529.00 |
| 02/06/24 | 2017 | Department Of Treasury<br>Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Final Distribution per Order 02/06/2024 | 5800-000 | | $21,956.94 | $266,572.06 |
| 02/06/24 | 2018 | JPMorgan Chase Bank, N.A.<br>PO BOX 15368<br>Wilmington  DE  19850 | Final Distribution per Order 02/06/2024 | 7100-000 | | $489.43 | $266,082.63 |

Page Subtotals:  $2,200.00   $53,560.68

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 20-00399 | Trustee Name: | Marc E. Albert DC Ch 7, Trustee |
| Case Name: | John A C Cartner | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0224 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX7368 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 04/04/2024 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/24 | 2019 | American Express National Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final Distribution per Order 02/06/2024 | 7100-000 | | $12,033.62 | $254,049.01 |
| 02/06/24 | 2020 | American Express National Bank<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final Distribution per Order 02/06/2024 | 7100-000 | | $17,485.90 | $236,563.11 |
| 02/06/24 | 2021 | Department Of Treasury<br>Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317 | Final Distribution per Order 02/06/2024 | 7100-000 | | $40,936.78 | $195,626.33 |
| 02/06/24 | 2022 | Nancy Brand<br>20222 Middletown Road<br>Cornelius, Nc 28031 | Final Distribution per Order 02/06/2024 | 7100-000 | | $47,429.77 | $148,196.56 |
| 02/06/24 | 2023 | Verizon<br>By American Infosource As Agent<br>Po Box 4457<br>Houston, TX 77210-4457 | Final Distribution per Order 02/06/2024 | 7100-000 | | $84.48 | $148,112.08 |
| 02/06/24 | 2024 | 712 Timber Craven 1, LLC<br>George M. Oliver, Esq., Receiver<br>Po Box 1548<br>New Bern, NC 28563 | Final Distribution per Order 02/06/2024 | 7100-000 | | $32,731.23 | $115,380.85 |
| 02/06/24 | 2025 | 712 Timber Pitt 1, LLC<br>George M. Oliver, Esq., Receiver<br>Po Box 1548<br>New Bern, NC 28563 | Final Distribution per Order 02/06/2024 | 7100-000 | | $31,852.57 | $83,528.28 |
| 02/06/24 | 2026 | 712 Timber Pitt 2, LLC<br>George M. Oliver, Esq., Receiver<br>Po Box 1548<br>New Bern, NC 28563 | Final Distribution per Order 02/06/2024 | 7100-000 | | $31,334.23 | $52,194.05 |
| 02/06/24 | 2027 | 712 Timber, LLC<br>George M. Oliver, Esq., Receiver<br>Po Box 1548<br>New Bern, NC 28563 | Final Distribution per Order 02/06/2024 | 7100-000 | | $41,017.15 | $11,176.90 |

| | | | | Page Subtotals: | $0.00 | $254,905.73 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 20-00399 | Trustee Name: Marc E. Albert DC Ch 7, Trustee |
| Case Name: John A C Cartner | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0224 |
| | Checking |
| Taxpayer ID No: XX-XXX7368 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 04/04/2024 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/24 | 2028 | North Carolina Department Of Revenue<br>Nc Department Of Revenue Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, Nc 27602 | Final Distribution per Order 02/06/2024 | 7100-000 | | $11,176.90 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $390,217.59 | $390,217.59 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $390,217.59 | $390,217.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $390,217.59 | $390,217.59 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0224 - Checking | $390,217.59 | $390,217.59 | $0.00 |
|  | $390,217.59 | $390,217.59 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $36,782.41 |
|---|---|
| Total Net Deposits: | $390,217.59 |
| Total Gross Receipts: | $427,000.00 |