**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John A C Cartner | Social Security number or ITIN   xxx−xx−8917 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | United States Bankruptcy Court for the District of Columbia | |
| Case number:   20−00399−ELG | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John A C Cartner

5/7/26

**By the court:** Elizabeth L. Gunn
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court

District of Columbia

In re:

John A C Cartner

Debtor

Case No. 20-00399-ELG

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0090-1

Date Rcvd: May 07, 2026

User: admin

Form ID: 318

Page 1 of 3

Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | John A C Cartner, 1629 K. Street, NW, Suite 300, Washington, DC 20006-1631 |
| aty | + | Ciara L. Rogers, The Law Offices of Oliver & Cheek, PLLC, 405 Middle Street, New Bern, NC 28560-4930 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| acc | + | Arthur Lander CPA PC, 300 N. Washington St. #104, Alexandria, VA 22314-2530 |
| br | | Gary L. Cargile, Cape Fear Land Company, 5228, Leisure Circle, Wilmington, NC 28409 |
| op | + | Mike Gurkins, Country Boys Auction & Realty, Inc., 1211 W. Fifth Street, Washington, DC 27889-4211 |
| 749596 | + | 712 Timber Craven 1, LLC, George M. Oliver, Esq., Receiver, PO Box 1548, New Bern, NC 28563-1548 |
| 749597 | + | 712 Timber Pitt 1, LLC, George M. Oliver, Esq., Receiver, PO Box 1548, New Bern, NC 28563-1548 |
| 749598 | + | 712 Timber Pitt 2, LLC, George M. Oliver, Esq., Receiver, PO Box 1548, New Bern, NC 28563-1548 |
| 749599 | + | 712 Timber, LLC, George M. Oliver, Esq., Receiver, PO Box 1548, New Bern, NC 28563-1548 |
| 748106 | + | AGCarolina, 100 East 1st Street, Greenville, NC 27858-1101 |
| 749594 | + | Garrett Williams, P O Box 1366, Greenville NC 27835-1366 |
| 748112 | + | Mary Charles Cheek Armstrong, 313 Halyard Court, Wilmington, NC 28405-4759 |
| 749593 | + | Matthew P Weiner, P O Box 1801, Raleigh NC 27602-1801 |
| 748113 | | Michael Waldrop, 3703 Computer Drive, Raleigh, NC 27609 |
| 749030 | + | Nancy Brand, 20222 Middletown Road, Cornelius, NC 28031-6534 |
| 748114 | + | Nancy J. Brand, 3638 Whitehill Drive, Charlotte, NC 28269-9712 |
| 748115 | + | Oliver & Cheek, PLLC, 405 Middle Street, New Bern, NC 28560, Attention: Ciara Rogers 28560-4930 |
| 748117 | + | United States Small Business Admin., P.O. Box 3198, Portland, OR 97208-3198 |
| 748119 | + | Wheatley Law Group, 710 Cedar Street, Beaufort, NC 28516-1906 |
| 748120 | + | Wilbur Congleton, P.O. Box 205, Stokes, NC 27884-0205 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | EDI: DCGOVT | May 08 2026 02:53:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | May 07 2026 22:47:43 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | May 07 2026 22:47:47 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | May 07 2026 22:49:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 748680 | | Email/PDF: bncnotices@becket-lee.com | May 07 2026 22:58:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 748107 | + | Email/PDF: bncnotices@becket-lee.com | May 07 2026 22:58:49 | Amex, Correspondence/Bankruptcy, Po Box |

District/off: 0090-1

Date Rcvd: May 07, 2026

User: admin

Form ID: 318

Page 2 of 3

Total Noticed: 38

| | | | | |
|---|---|---|---|---|
| | | | | 981540, El Paso, TX 79998-1540 |
| 748108 | + | EDI: TSYS2 | May 08 2026 02:53:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 748109 | + | EDI: JPMORGANCHASE | May 08 2026 02:53:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 748110 | + | Email/PDF: creditonebknotifications@resurgent.com | May 07 2026 22:58:49 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 748707 | | EDI: IRS.COM | May 08 2026 02:53:00 | Department of Treasury, Internal Revenue Service, CIO, PO Box 7346, Philadelphia, PA 19101-7346 |
| 748111 | ^ | MEBN | May 07 2026 22:47:41 | Diversified Adjustment Services, Inc, Dasi-Bankrupcty, Po Box 32145, Fridley, MN 55432-0145 |
| 748650 | + | EDI: JPMORGANCHASE | May 08 2026 02:53:00 | JP Morgan Chase Bank, N.A., PO Box 15368, Wilmington, DE 19850-5368 |
| 748621 | + | Email/Text: RASEBN@raslg.com | May 07 2026 22:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 751560 | + | EDI: NCDEPREV.COM | May 08 2026 02:53:00 | North Carolina Department of Revenue, NC Department of Revenue Bankruptcy Unit, P.O. Box 1168, Raleigh, NC 27602-1168 |
| 748116 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 07 2026 22:49:00 | Union Bank, 1011 Red Banks Road, Greenville, NC 27858-5908 |
| 749557 | | EDI: AIS.COM | May 08 2026 02:53:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 748118 | + | EDI: VERIZONCOMB.COM | May 08 2026 02:53:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | George Mason Oliver, Receiver |
| cr | *+ | Nancy Brand, 20222 Middletown Rd, Cornelius, NC 28031-6534 |
| 748845 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026          Signature:          /s/Gustava Winters

District/off: 0090-1

Date Rcvd: May 07, 2026

User: admin

Form ID: 318

Page 3 of 3

Total Noticed: 38

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arthur P. Lander | on behalf of Accountant Arthur Lander CPA PC law@businesslegalservicesinc.com |
| Christopher A Jones | on behalf of Plaintiff Nancy Clark Brand cajones@whitefordlaw.com clano@wtplaw.com,kmccruden@whitefordlaw.com,dchaney@whitefordlaw.com,adesimone@whitefordlaw.com |
| David W. Gaffey | on behalf of Plaintiff Nancy Clark Brand dgaffey@whitefordlaw.com clano@whitefordlaw.com;adesimone@whitefordlaw.com |
| Dylan G. Trache | on behalf of Interested Party George Mason Oliver  Receiver dylan.trache@nelsonmullins.com, linnea.hann@nelsonmullins.com;alex.reilly@nelsonmullins.com |
| Jae Won Ha | on behalf of Creditor Nancy Brand jha@wtplaw.com |
| Jae Won Ha | on behalf of Plaintiff Nancy Clark Brand jha@wtplaw.com |
| Joshua W. Cox | on behalf of Trustee Marc E. Albert Joshua.cox@stinson.com  porsche.barnes@stinson.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Kristen S. Eustis | on behalf of Plaintiff Gerard R. Vetter Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Marc E. Albert | marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com;marcelliottalbert@gmail.com |
| Marc E. Albert | on behalf of Trustee Marc E. Albert marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com;marcelliottalbert@gmail.com |
| Maurice Belmont VerStandig | on behalf of Defendant John A C Cartner mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov |
| Michael T. Freeman | on behalf of Plaintiff Gerard R. Vetter michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 15