22OC7ASST



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**                                                        **Case No.** 20−00399−ELG
John A C Cartner
**Debtor**                                                       **Chapter** 7

## ORDER

==========

UPON APPLICATION of the Chapter 7 Trustee and upon recommendation of the United States Trustee, and it appearing to the Court that nothing further remains to be done in this matter, it is hereby,

ORDERED that the Chapter 7 Trustee appointed in this case is discharged and the case is closed.

Dated: 8/7/26                              For the Court:
                                           Angela D. Caesar
                                           BY:  CA

Copies To:
Recipients of Electonic Notifications;
Debtor;
Appointed Trustee.

United States Bankruptcy Court

District of Columbia

In re:                                                                                                    Case No. 20-00399-ELG

John A C Cartner                                                                                  Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0090-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 07, 2026 | Form ID: oc7asst | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + John A C Cartner, 1629 K. Street, NW, Suite 300, Washington, DC 20006-1631 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arthur P. Lander | |
| | on behalf of Accountant Arthur Lander CPA PC law@businesslegalservicesinc.com |
| Christopher A Jones | |
| | on behalf of Plaintiff Nancy Clark Brand cajones@whitefordlaw.com |
| | clano@wtplaw.com,kmccruden@whitefordlaw.com,dchaney@whitefordlaw.com,adesimone@whitefordlaw.com |
| David W. Gaffey | |
| | on behalf of Plaintiff Nancy Clark Brand dgaffey@whitefordlaw.com |
| | clano@whitefordlaw.com;adesimone@whitefordlaw.com;david-gaffey-4491@ecf.pacerpro.com |
| Dylan G. Trache | |
| | on behalf of Interested Party George Mason Oliver  Receiver dylan.trache@nelsonmullins.com, |
| | linnea.hann@nelsonmullins.com;alex.reilly@nelsonmullins.com |
| Jae Won Ha | |
| | on behalf of Plaintiff Nancy Clark Brand jha@wtplaw.com |

Jae Won Ha

on behalf of Creditor Nancy Brand jha@wtplaw.com

Joshua W. Cox

on behalf of Trustee Marc E. Albert Joshua.cox@stinson.com  porsche.barnes@stinson.com

Kristen S. Eustis

on behalf of Plaintiff Gerard R. Vetter Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Kristen S. Eustis

on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Marc E. Albert

on behalf of Trustee Marc E. Albert marc.albert@stinson.com
porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com;marcelliottalbert@gmail.com

Marc E. Albert

marc.albert@stinson.com
porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com;marcelliottalbert@gmail.com

Maurice Belmont VerStandig

on behalf of Defendant John A C Cartner mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman

on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Michael T. Freeman

on behalf of Plaintiff Gerard R. Vetter michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

U. S. Trustee for Region Four

USTPRegion04.DC.ECF@USDOJ.GOV


TOTAL: 15